

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00383-CV

**IN THE INTEREST OF M.A.L.R.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01819
The Honorable Linda A. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. We order that no costs be assessed against appellant because he is indigent.

SIGNED October 24, 2018.

_____
Rebeca C. Martinez, Justice